# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Luis Gabriel Pichasaca Quizhpilema,<br><br>              Petitioner,<br><br>vs.<br><br>Pamela Bondi, Attorney General et al.,<br><br>              Respondents. | Case No. 26-cv-00569-DMT-ECW |

## ORDER SETTING EXPEDITED BRIEFING SCHEDULE

[¶ 1] THIS MATTER comes before the Court on an Emergency Petition for Writ of Habeas Corpus filed on January 22, 2026. Doc. No. 1.

[¶ 2] To expedite the decision in this matter, the Court **ORDERS** the Respondents to provide the following:

1. Legal argument responding to Petitioner's claim of unlawful warrantless arrest under Count Six of the Petition.
2. Facts surrounding Petitioner being taken into custody, including the warrant, if any, the assessment of flight risk done by officers, if any.
3. Respondents shall file the required information by **5 pm today, January 29, 2026**.
4. Petitioner's Reply deadline is unchanged on **January 30, 2026**.

[¶ 3] **IT IS SO ORDERED**.

  DATED January 29, 2026.

                                     _____
                                     Daniel M. Traynor, District Judge
                                     United States District Court